IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARISSA ABEYTA, individually, and as
Parent and next best friend of
LEAH TRUJILLO, and DANIEL ABEYTA and
CHRISTINE ABEYTA, individually and as
Parents and next best friends of AUGUSTINE
ABEYTA,

     Plaintiffs,

v.                                                          1:14-cv-00872 MV/SMV

DANIEL HENLEY, GHISLAINE HENLEY,
and ALAN HENLEY,

     Defendants.

## STIPULATED ORDER GRANTING
## MOTION TO EXTEND DEFENDANTS' EXPERT DISCLOSURE DEADLINE

THIS MATTER having come before the Court on the Motion of Defendants, and the

Court having reviewed the pleadings and being fully advised in the premises FINDS:

That the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadline for

Defendants to disclose their expert witnesses is extended by thirty days, until July 10, 2015.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted and Approved:

O'BRIEN & PADILLA, P.C.

By: */s/ Richard M. Padilla*
 DANIEL J. O'BRIEN
 RICHARD M. PADILLA
 Attorney for Defendants
 6000 Indian School Road NE, Suite 200
 Albuquerque, NM 87110
 Phone: (505) 883-8181
 Fax: (505) 883-3232
 dobrien@obrienlawoffice.com
 rpadilla@obrienlawoffice.com

SAM B. SANCHEZ, ATTORNEY AT LAW

 *Approved via email 6/4/15*
By: *Sam B. Sanchez*
 SAM B. SANCHEZ
 Attorney for Plaintiffs
 P.O. Box 3188
 Taos, NM 87571
 Phone: (575) 758-1155
 Fax: (575) 758-3137
 samstaos@yahoo.com